PATRICK H. HICKS, ESQ., Bar # 004632
Z. KATHRYN BRANSON, ESQ., Bar # 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:       702.862.8811
Email: phicks@littler.com
Email: kbranson@littler.com

Attorneys for Defendant
DESERT PALACE, INC. dba CAESARS PALACE

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JIM H. BEAN, JR., an individual,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>DESERT PALACE, INC. and CAESARS PALACE, DOES 1 through 10 inclusive; ROES CORPORATIONS /ENTITIES 1 through 10, inclusive,<br><br>　　　　　　　Defendant. | Case No. 2:16-cv-02032-APG-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　Defendant, DESERT PALACE, INC. dba CAESARS PALACE (hereinafter "Defendant") and Plaintiff, JIM H. BEAN, JR., (hereinafter "Plaintiff"), hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Each party shall bear its own costs and attorney's fees.

| | |
|---|---|
| Dated: February 24, 2017 | Dated: February 24, 2017 |
| Respectfully submitted, | Respectfully submitted, |
| /s/ M. Lani Esteban-Trinidad, Esq. | /s/ Z. Kathryn Branson, Esq. |
| M. LANI ESTEBAN-TRINIDAD, ESQ.<br>THE THATER LAW GROUP, P.C. | PATRICK H. HICKS, ESQ.<br>Z. KATHRYN BRANSON, ESQ<br>LITTLER MENDELSON, P.C. |
| Attorney for Plaintiff<br>JIM H. BEAN, JR. | Attorneys for Defendant<br>DESERT PALACE, INC. dba CAESARS PALACE |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: 2/27/2017

Firmwide:145634304.1 083558.1211

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.